KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HILARY BRUMLEY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:16-CV-00090-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff has been very unwell with a migraine and unable to complete the briefing at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief due on July 5, 2016. Plaintiff requests a 30-day extension of time to August 4, 2016.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1    STIPULATED MOTION
         [2:16-CV-00090-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063

| | |
|---|---|
| Dated July 6, 2016: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Mackenzie Legal, PLLC |
| | 1003 Whitman Street |
| | Tacoma, WA 98406 |
| | Phone: (206) 300-9063 |
| | |
| | Attorney for Plaintiff |
| | |
| Dated July 6, 2016: | s/ KELSEY M. BROWN for Heather Moss |
| | HEATHER MOSS |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on August 4, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated:  July 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2   STIPULATED MOTION
[2:16-CV-00090-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063